STATE OF CONNECTICUT *v.* WALTER W. HINDS, SR.

The defendant's petition for certification for appeal from the Appellate Court, 86 Conn. App. 557 (AC 24687), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Alice Osedach*, assistant public defender, in support of the petition.

*Nancy L. Chupak*, assistant state's attorney, in opposition.

Decided March 23, 2005